UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JON BEERMANN,
individually and on behalf of all others similarly situated,
    *Plaintiff,*
v.                                                                  Case No.: 3:20-cv-00713-JAM

TAUCK, INC.
doing business as Tauck World Discovery,
    *Defendant.*

## JUDGMENT

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge as a result of the defendant's motion to dismiss (Doc. #32).

The Court has considered all papers filed in conjunction with said motion and on August 25, 2021 entered an order (Doc. #50) granting Defendant's motion.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of defendant Tauck, Inc. and against plaintiff Jon Beermann all in accordance with the Court's order and the case is closed.

Dated at New Haven, Connecticut this 26th day of August 2021.

                                                                ROBIN D. TABORA, Clerk

EOD: 08/26/2021                                 By    /s/ Donna Barry
                                                                      Deputy Clerk